# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JEROME HARDENE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 4:22-CV-1229-AGF |
| | ) |
| ST. LOUIS PUBLIC LIBRARY, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon plaintiff Jerome Hardene's filing of the name and service of process address for defendant Sheriff Jane Doe. ECF No. 11. Because plaintiff is proceeding *in forma pauperis*, the Court will direct the Clerk of Court to effectuate service of process through the United States Marshal's Office, using the name and address provided in docket number 11. *See* Fed. R. Civ. P. 4(c)(3).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall effectuate service of process via the United States Marshal's Office upon defendant Sheriff Jane Doe, now identified as Vanessa Keys, at the address provided in docket number 11.

Dated this 3rd day of March, 2023.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE