UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEROME HARDENE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:22-cv-01229-AGF |
| ) | |
| ST. LOUIS PUBLIC LIBRARY, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's pro se Motion for Enlargement of Time seeking an additional seven days to "research work force violations in the work place, and effectively formulate plaintiff's discovery and interrogative request." ECF No. 41 at 3. As Defendant notes in its response (ECF No. 42), the deadline to complete discovery is not until June 3, 2024 (ECF No. 36), so Plaintiff does not need an extension of time to prepare his discovery requests directed to Defendant.[1] The Court will therefore dismiss Plaintiff's motion as premature.

---

[1] As Defendant further notes, the only immediate deadline related to discovery in the Case Management Order (ECF No. 36) is the requirement that the parties make the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) by no later than November 17, 2023. Plaintiff's motion does not appear to seek additional time for Plaintiff to serve his Rule 26(a)(1) disclosures, but instead seeks additional time to prepare discovery directed to Defendant. Further, should either party require additional time to conduct discovery ahead of the discovery deadline, they should first attempt to reach agreement among themselves before bringing any dispute to the Court.

Plaintiff's motion also references information requests sent to Defendant purportedly pursuant to the Freedom of Information Act.[2] However, as the Court advised Plaintiff during the Rule 16 conference held in this case, the Federal Rules of Civil Procedure provide ample procedures to obtain relevant information from Defendant, and Plaintiff should familiarize himself with those procedures when conducting discovery in this case.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's pro se Motion for Enlargement of Time is **DISMISSED as premature**.  ECF No. 41.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 16th day of November, 2023.

---

[2] Defendant notes that it is not subject to requests under the Freedom of Information Act and that the Missouri Sunshine Law applies instead.